**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| ADVANCED DERMATOLOGY | ) | CASE NO. 5:18cv194 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| vs. | ) | |
| | ) | **FINAL APPROVAL OF** |
| MTI, INC. | ) | **SETTLEMENT** |
| | ) | |
| Defendants. | ) | |

Plaintiff Advanced Dermatology, the Settlement Class they represent, and Defendant MTI, Inc. ("MTI"), through their respective counsel, have submitted to the Court a *Joint Motion for Final Approval of Settlement, Incentive Award Payment, and Attorney Fees* which seeks approval of the parties' Settlement Agreement, certification of the settlement class, award of attorney's fees and class representative incentive awards.

This Court preliminarily approved the Settlement Agreement by Preliminary Approval Order dated August 10, 2021.  Notice was given to all members of the Settlement Class pursuant to the terms of the Preliminary Approval Order and the Notice of Class Action Settlement attached as Exhibit A to the Settlement Agreement attached to the Joint Motion for Preliminary Approval.

This Court has reviewed the papers filed in support of the Motions, including the Settlement Agreement and the exhibits thereto, memoranda and arguments submitted on behalf of the Settlement Class and MTI, and supporting declarations.  The Court has taken notice that there were no written objections submitted to the Clerk of the Court by absent class members.  The Court held a hearing on November 18, 2021, at which time the parties and all other interested persons were heard in support of the proposed settlement.

Based on the papers filed with the Court and the presentations made to the Court by the

**Exhibit B**

parties and by other interested persons at the hearing, it appears to the Court that the Settlement Agreement is fair, adequate, and reasonable.  Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court has jurisdiction over the subject matter of this litigation and over all parties to this Action, including all Settlement Class Members, as such term is defined in the Settlement Agreement.

2. The Court has determined that the Notice given to members of the Settlement Class fully and accurately informed members of the Settlement Class of all material elements of the proposed settlement and constituted valid, due, and sufficient notice to all members of the Settlement Class.

3. No persons made timely and valid objections to the settlement, and only two persons sought exclusion from the Settlement Class.

4. The Court finally approves this settlement in accordance with the terms of the Settlement Agreement and finds that the settlement is fair, reasonable, and adequate in all respects.

5. The Court finally certifies the Settlement Class preliminarily approved in its August 10, 2021, Preliminary Approval Order.

6. The Court orders the parties to the Settlement Agreement to perform their obligations thereunder pursuant to the terms of the Settlement Agreement.

7. The Court dismisses the Action, and all claims and causes of action asserted therein, on the merits and with prejudice, as to all Settlement Class Members.  This dismissal is without costs to any party, except as specifically provided in the Settlement Agreement.

8. The Court adjudges that the Class Representatives and all Settlement Class Members shall, to the extent provided by the Settlement Agreement, conclusively be deemed to

have released and discharged MTI from any and all claims of any Settlement Class member to the extent provided in the Settlement Agreement.

9. Without affecting the finality of this Settlement Approval Order and Final Judgment in any way, the Court retains jurisdiction over: (a) implementation and enforcement of the Settlement Agreement pursuant to further orders of the Court until the final judgment contemplated hereby has become effective and each and every act agreed to be performed by the parties hereto shall have been performed pursuant to the Settlement Agreement; (b) any other action necessary to conclude this settlement and to implement the Settlement Agreement and, (c) the enforcement, construction, and interpretation of the Settlement Agreement.

10. The Court approves of Class Counsel's attorneys' fees, costs, and expenses in the amount of Three Hundred Thousand and 00/100 Dollars ($300,000.00). The Class Administrator shall pay this amount from the cash settlement fund as provided in the Settlement Agreement.

11. The Court approves the incentive payment to Class Representative, Advanced Dermatology, in the amount of Ten Thousand Nine Hundred Dollars ($10,900.00). The Class Administrator shall pay this sum from cash settlement fund as provided in the Settlement Agreement.

12. Neither this Settlement Approval Order and Final Judgment nor the Settlement Agreement is an admission or concession by MTI of any fault, omission, liability, or wrongdoing. This Settlement Approval Order and Final Judgment is not a finding of the validity or invalidity of any claims in this Action or a determination of any wrongdoing by MTI. The final approval of the Settlement Agreement does not constitute any opinion, position, or determination of this Court, one way or the other, as to the merits of the claims and defenses of MTI or the Settlement Class Members. No portion of the Settlement Agreement may be entered into evidence in any action by

MTI or the Settlement Class Members except as required to seek approval of or enforce the Settlement Agreement.

13. The Court finds that no just reason exists for delay in entering this Settlement Approval Order and Final Judgment. Accordingly, the Clerk is hereby directed forthwith to enter this Settlement Approval Order and Final Judgment.

14. This is a final order. The Court determines that there is no just reason to delay an immediate appeal of this order.

**IT IS SO ORDERED**:

*Pamela A. Barker*          11/30/2021
JUDGE PAMELA A. BARKER        DATE